United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **R&F Group, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-3738275 |
| 4. | Debtor's address | **Principal place of business**<br><br>**620 Springbank Terr.**<br>**Birmingham, AL 35242**<br>Number, Street, City, State & ZIP Code<br><br>**Shelby**<br>County | **Mailing address, if different from principal place of business**<br><br>**620 Springbank Terr.**<br>**Birmingham, AL 35242**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **R&F Group, LLC**                                   Case number (*if known*)_____
        Name

7. **Describe debtor's business**   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **7225**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                                     Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **R&F Group, LLC**     Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☑ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | R&F Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/23/2019
MM / DD / YYYY

X _____   **Colin Feather**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____   Date  10/23/19
Signature of attorney for debtor        MM / DD / YYYY

**Lee R. Benton ASB-8421-E63L**
Printed name

**Benton & Centeno, LLP**
Firm name

**2019 Third Avenue North**
**Birmingham, AL 35203**
Number, Street, City, State & ZIP Code

Contact phone  **205-278-8000**   Email address  _____

**ASB-8421-E63L AL**
Bar number and State

# United States Bankruptcy Court
## Northern District of Alabama

In re: **R&F Group, LLC**

Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Colin Feather<br>620 Springbank Terr.<br>Birmingham, AL 35242 | | 50% | |
| Mark A. Ryan, Jr.<br>4534 High Court Circle<br>Birmingham, AL 35242 | | 50% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **10/23/2019**    Signature _____
Colin Feather

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Colin Feather
620 Springbank Terr.
Birmingham, AL 35242

Alabama Department of Revenue
50 North Ripley St
Montgomery, AL 36132

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ace Funding Source
366 North Broadway
Jericho, NY 11753

American Express
ATTN: SE Legal Holds
P.O. Box 53825
Phoenix, AZ 85072

Bobby Knight
1310 8th Street
Pleasant Grove, AL 35127

Card Services (ServisFirst VISA)
PO Box 84070
Columbus, GA 31908-4070

Checkers Corporate
4300 W Cypress St, Ste 600
Tampa, FL 33607

Fawal & Spina
1330 21st Way South Suite 200
Birmingham, AL 35205

Fox Capital Group, Inc.
c/o Zachter PLLC
30 Wall Street, 8th Floor
New York, NY 10005

Fundworks, LLC
Big Think Capital
225 Broadhollow Road
Melville, NY 11747

Goforth Hale LLC
2700 Hwy 280 S Suite 320W
Birmingham, AL 35223

Harper Advance
6420 Wilshire Blvd #860
Los Angeles, CA 90048

Helmsing Leach Herlong
Newman & Rouse, P.C.
P.O. Box 2767
Mobile, AL 36652

ICG Capital Funding, LLC
c/o David Fogel, Esq.
1225 Frankline Ave, Ste. 522
Garden City, NY 11530

Jiffy Capital, LLC
2376 60th Street, Suite 104
Brooklyn, NY 11204

Kinetic Direct
c/o Steven Zakharyayev, Esq.
1430 Broadway, Ste. 402
New York, NY 10018

KLM Group, LLC
4534 High Court Circle
Birmingham, AL 35242

Mark A. Ryan, Jr.
4534 High Court Circle
Birmingham, AL 35242

Queen Funding, LLC
c/o Weinstein & Weinstein, LLP
68-15 Main St., 2nd Floor
Flushing, NY 11367

Quicksilver Capital, LLC
c/o Berkovitch & Bouskila PLLC
80 Broad Street, Ste. 3303
New York, NY 10004

RFG Florida II, LLC
620 Springbank Terr.
Birmingham, AL 35242

RFG Florida III, LLC
620 Springbank Terr
Birmingham, AL 35242

RFG Florida, LLC
620 Springbank Terr
Birmingham, AL 35242

RFG Foley, LLC
620 Springbank Terr.
Birmingham, AL 35242

ROC Funding
c/o Regent & Associates
3601 Audubon PL
Houston, TX 77006

UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017

Unique Funding Solutions, LLC
c/o Fast Business Financial LLC
6420 Wishire Blvd.
Los Angeles, CA 90048


Wellen Capital, LLC
600 West Jackson Blvd., Ste. 750
Chicago, IL 60661


Fox Capital Group, Inc.
c/o Zachter, PLLC
2 University Plaza, Ste. 205
Hackensack, NJ 07601


Fox Capital Group, Inc.
65 Broadway, Ste. 804
New York, NY 10006


Libertas Funding
382 Greenwich Ave
Greenwich, CT 06830


Quicksilver Capital, LLC
181 S. Franklin Avenue, Ste. 300
Valley Stream, NY 11581


ROC Funding Group
260 Christopher Ln.
Staten Island, NY 10314